*Exhibit "A"*



# TATE & KIRLIN ASSOCIATES

*2810 Southampton Road*
*Philadelphia, PA 19154-1207*
Toll Free (866) 763-7125 • (267) 298-2901

2810 Southampton Road
Philadelphia, PA 19154-1207



21062027      3 3 00000241
              162190

Danielle S Tacoronte
2941 TINDALL ACRES RD
KISSIMMEE, FL 34744-9235

August 8, 2012

| | |
|---|---|
| Creditor: | CHASE MORTGAGE BANKING |
| Client Ref #: | 100002447021740835 |
| Account #: | 21062027 |
| Total Due: | $150,570.66 |

This account has been listed with our office for collection. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Yours truly,

*Thomas McNamee*

Our office hours are Monday through Thursday 8:00AM - 11:00PM, Friday 9:00AM - 6:00PM, and Saturday 8:00AM - 5:00PM.

---

Please detach and return bottom portion with your payment in the envelope supplied; be sure the address below shows through the return envelope window.

August 8, 2012
Danielle S Tacoronte
2941 TINDALL ACRES RD
KISSIMMEE, FL 34744-9235

| | |
|---|---|
| Creditor: | CHASE MORTGAGE BANKING |
| Client Ref #: | 100002447021740835 |
| Account #: | 21062027 |
| Total Due: | $150,570.66 |

**Please indicate any address changes below:**

Address: _____
City, State, Zip _____
Home Phone #: _____
Business Phone #: _____



**Tate & Kirlin Associates**
2810 Southampton Road
Philadelphia, PA 19154-1207

P001
TNK.wfd
162190

Exhibit "B"




2810 Southampton Road
Philadelphia, PA 19154-1207

21062027          3 3 00000326
                  167602

**TATE & KIRLIN ASSOCIATES**

2810 Southampton Road
Philadelphia, PA 19154-1207
Toll Free (866) 763-7125 • (267) 298-2901

Danielle S Tacoronte
2941 TINDALL ACRES RD
KISSIMMEE, FL 34744-9235

August 20, 2012

Creditor:          CHASE MORTGAGE BANKING
Client Ref #:      100002447021740835
Account#:          21062027
Total Due:         $150,570.66

## IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 15% of your balance or $22,585.60 to resolve this debt. This payment must be received in our office by September 10, 2012 or this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine if this settlement offer can be made in installments.

Please retain the upper portion of this letter for your records.

Yours truly,

*Thomas McNamee*

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Our office hours are Monday through Thursday 8:00AM - 11:00PM, Friday 9:00AM - 6:00PM, and Saturday 8:00AM - 5:00PM.

---

Please detach and return bottom portion with your payment in the envelope supplied; be sure the address below shows through the return envelope window.

August 20, 2012
Danielle S Tacoronte
2941 TINDALL ACRES RD
KISSIMMEE, FL 34744-9235

Creditor:      CHASE MORTGAGE BANKING
Client Ref #:  100002447021740835
Account#:      21062027
Total Due:     $150,570.66

**Please indicate any address changes below:**
Address: _____
City, State, Zip _____
Home Phone #: _____
Business Phone #: _____



Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

S15
TNK.wfd
167602

2810 Southampton Road
Philadelphia, PA 19154-1207

21062027

52 118 00011914
176714

# TATE & KIRLIN ASSOCIATES

*2810 Southampton Road*
*Philadelphia, PA 19154-1207*
Toll Free (866) 763-7125 • (267) 298-2901



Danielle S Tacoronte
2941 TINDALL ACRES RD
KISSIMMEE, FL 34744-9235

Creditor: CHASE MORTGAGE BANKING
Client Ref #: 10000244702174 0835
Account #: 21062027
Total Due: $150,570.66

September 10, 2012

## IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 15% of your balance or $22,585.60 to resolve this debt. You have the option to pay in up to 4 consecutive monthly payments of $. The first payment is due by October 1, 2012 or this offer is void.

Please contact our office at our toll free number should you have any questions.

Please retain the upper portion of this letter for your records.

Yours truly,

*Thomas McNamee*

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Our office hours are Monday through Thursday 8:00AM - 11:00PM, Friday 9:00AM - 6:00PM, and Saturday 8:00AM - 5:00PM.

---

Please detach and return bottom portion with your payment in the envelope supplied; be sure the address below shows through the return envelope window.

September 10, 2012
Danielle S Tacoronte
2941 TINDALL ACRES RD
KISSIMMEE, FL 34744-9235

Creditor: CHASE MORTGAGE BANKING
Client Ref #: 10000244702174 0835
Account #: 21062027
Total Due: $150,570.66

**Please indicate any address changes below:**
Address: _____
City, State, Zip: _____
Home Phone #: _____
Business Phone #: _____

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

M15
TNK.wfd
176714

Exhibit "D"

Danielle Tacoronte
10524 Moss Park Road
Suite 204-225
Orlando, FL 32832

Tate & Kirlin Associates
2810 Southapton Road
Philadelphia, PA 19154

September 19, 2012

Dear Sirs:

CERTIFIED MAIL #70103090000002236391.

Refs: Chase Mortgage Banking Acc# 21062027; your somewhat misleading letter dated August 8, 2012.

To hand above-referenced. By this time you must realize that a debt collection effort which cannot tell a consistent story about the origin of the debt is not very credible.

I have received several letters from various collection agencies attempting to collect the same alleged debt. Could you please explain how you are figuring out the outrages interest charges on this account and why there are several agencies attempting to collect the same alleged debt with various amounts being claimed?

I dispute the debt. You must therefore obtain verification of the debt and furnish a copy of the same. I require validation of the debt, showing all charges, payments, and credits on the account.

If you have reported any information about this debt to third parties, including credit reporting services, you are required to furnish the names and address of the entities to whom you have reported information about this debt within the last 30 days. You are also required to inform all such entities that the debt is disputed. Le me know when you have done so.

Do not contact any other persons about the debt. You must direct all communications intended to reach me via **US mail only**.

Thank you for attention to these matters.

Your,

*Danielle Tacoronte*

Danielle Tacoronte

Exhibit "E"

Call (267) 298-2901
↖ Incoming call
8:21am, Friday, September 14, 2012
0 mins 0 secs







Call (267) 298-2901

↙ Missed call
10:24am, Thursday, August 30, 2012




Call (267) 298-2901
Missed call
5:18am, Friday, August 31, 2012

Call (267) 208-2901

↙ Missed call
8:18am, Friday, August 31, 2012



8:19pm Friday, September 14, 2012

Missed Call

Cell (201) 206-2301

1-907-306-2301

Call (267) 298-2901

← Incoming call
8:21am, Friday, September 14, 2012
0 mins 0 secs

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**GOLD STAR MORTGAGE FINAN**
1451 W CYPRESS CRE
#375
FORT LAUDERDAL, FL 33309
(800) 784-1074
Requested On: 03/15/2012

**UNION WORKERS CREDIT SER**
4108 AMON CARTER B
PO BOX 955003
FORT WORTH, TX 76155
(817) 835-0004
Requested On: 12/31/2011

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 10/16/2012

**BAC HOME LOANS SERV LP**
450 AMERICAN WAY
SIMI VALLEY, CA 93065-6285
Phone number not available
Requested On: 09/06/2012

**C via MIDLAND CREDIT MGMT INC**
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131
Requested On: 08/12/2012
Permissible Purpose: COLLECTION

**TATE & KIRLIN**
2810 SOUTHAMPTON R
PHILADELPHIA, PA 19154
(215) 464-4500
Requested On: 08/09/2012

**CAVALRY PORTOLIO**
500 SUMMIT LAKE DR
SUITE 400
VALHALLA, NY 10595
Phone number not available
Requested On: 02/23/2012

**PROFESSIONL RECOVERY via PROFESSIONAL RECOVERY SE**
211 LAUREL ROAD
VOORHEES, NJ 08043
(856) 770-9500 x1010
Requested On: 01/12/2012
Permissible Purpose: COLLECTION

**BANK OF AMERICA**
4161 PIEDMONT PKWY
GREENSBORO, NC 27410-8110
(800) 451-6362
Requested On: 01/01/2012

**NATIONAL ASSET RECOVERY**
16253 SWINGLEY RID
SUITE 300
CHESTERFIELD, MO 63017
(636) 812-1150
Requested On: 12/30/2011

**CAVALRY PORTFOLIO SVCS**
500 SUMMIT LAKE DR
STE 4A
VALHALLA, NY 10595
(800) 501-0909
Requested On: 11/09/2011

**SENTRY CREDIT**
2809 GRAND AVE
EVERETT, WA 98201
(800) 608-2581
Requested On: 10/20/2011

**Payment History:**

| 2007 | | | | | | | | | 2006 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | 2005 | | | | | | | | | | 2004 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | 2003 | | | | | | | | | | | 2002 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | 2001 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | 2000 | |
|---|---|---|---|
| FEB | JAN | DEC | NOV |
| OK | OK | OK | OK |

## Record of Requests for Your Credit History                                            back to top

### Inquiries Shared With Others

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

The section below lists all of the companies that have requested your credit history as a result of action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

**TATE & KIRLIN ASSOC**

Address:
2810 SOUTHAMPTON RD
PHILADELPHIA PA 19154
*No phone number available*
Address Identification Number:
0244105686
Comments:
Unspecified. This inquiry is scheduled to continue on record until Sep 2014.

Date of Request:
08/21/2012