JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Danielle S. Tacoronte ;
1 Citizen of This State;
**County of Residence:** Osceola County

**Defendant(s):**
First Listed Defendant:
Tate & Kirlin Associates ;
5 Incorporated and Principal Place of Business in Another State; Pennsylvania
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Osceola County

**Plaintiff's Attorney(s):**
Marshall Gilmore (Danielle Tacoronte)

1936 Lee Rd #100
Winter Park, Florida 32789
**Phone:** 4076297322
**Fax:** 4075993801
**Email:** mgilmore@mgilmorelaw.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** 1 Citizen of This State
    **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 480 Fair Credit Reporting Act or Fair Debt Collection Practices Act

**Cause of Action:** Violations of the following; TCPA, FDCPA, FCCPA

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** $20,000.00

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** J. Marshall Gilmore

**Date:** 2/26/13

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.