UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIELLE TACORONTE,**

        Plaintiff,

v.                                              **Case No. 6:13-cv-331-Orl-37DAB**

**TATE & KIRLIN ASSOCIATES,**

        Defendant.

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT
## AS TO TAIT & KIRLIN ASSOCIATES

Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for Entry of Default for the Plaintiff against Tait & Kirlin Associates, Defendant, for failure of said Defendant to plead or otherwise defend. Said failure of Defendant to plead or otherwise defend is set forth in the affidavit immediately following this Application.

Dated: June 12, 2013

                                                      Respectfully Submitted,

                                                      ___*s/ J. Marshall Gilmore*____
                                                      J. Marshall Gilmore, Esq.
                                                      FBN 840-181
                                                      Counsel for Plaintiff
                                                      1936 Lee Road, Suite 100
                                                      Winter Park, FL  32789
                                                      Phone 407 937-8675/ 321-599-9922
                                                      Fax     407 599-3801
                                                      mgilmore@mgilmorelaw.com