UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE TACORONTE,

          Plaintiff,

v.                                  **Case No. 6:13-cv-331-Orl-37DAB**

**TATE & KIRLIN ASSOCIATES,**

          Defendant.

## PLAINTIFF'S AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND AS TO TAIT & KIRLIN ASSOCIATES

The undersigned, being duly sworn, upon oath deposes and says:

1. That she is Plaintiff, over the age of 21 and has personal knowledge of the facts set forth in this affidavit;

2. That Plaintiff, on February 26th, 2013 filed in this action a Complaint against the Defendant, Tate & Kirlin Associates, a corporation with its declared office in Pennsylvania, ("TKA");

3. That the Summons for TKA was issued in this matter on February 26, 2013;

4. That the Summons for TKA issued in this matter was served on Defendant TKA, at its corporate offices, 2810 Southhampton Road, Philadelphia, PA, on March 12, 2013;

5. TKA is registered with the Florida Office of Financial Regulation as a consumer collection agency with its declared license office at 2810 Southhampton Road, Philadelphia, PA.

5. That evidence of service of the Summons on TKA is being filed with the Court as an attachment to this Affidavit;

6. That more than 21 days have elapsed since service of the Summons and Complaint upon TKA;

7. That examination of the Court files and records in this action shows that TKA has failed to plead or otherwise defend as to Plaintiff's Complaint;

8. That this Affidavit is executed by the affiant herein for the purpose of enabling Plaintiff to obtain an Entry of Clerk's Default against TKA for failure to plead or otherwise defend as to Plaintiff's Complaint.

_____, Affiant
( Danielle Tacoronte, Plaintiff

Subscribed and sworn to before me this 12th day of June, 2013 by Danielle Tacoronte who showed the following identification..

(seal)

_____
Notary Public

STATE OF FLORIDA
COUNTY OF ORANGE
THE FOREGOING INSTRUMENT WAS ACKNOWLDEGED
BEFORE ME THIS 12 DAY OF June 2013
BY Danielle Tacoronte

SEAL_____
NOTARY

PERSONALLY KNOWN_____OR PRODUCED
IDENTIFICATION ____✓____TYPE OF
IDENTIFICATION PRODUCED Florida drivers license

T265-177-70-84110

PALAK PATEL
Notary Public - State of Florida
My Comm. Expires Jul 17, 2014
Commission # EE 161
Bonded Through National Notary Assn.