## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DANIELLE TACORONTE,

     Plaintiff,

v.                                                                    Case No. 6:13-cv-331-Orl-37DAB

TATE & KIRLIN ASSOCIATES,

     Defendant.

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF
## MOTION FOR DEFAULT JUDGMENT

The undersigned, being duly sworn, upon oath deposes and says:

That she is Plaintiff, over the age of 21 and has personal knowledge of the facts set forth in this affidavit and makes this affidavit under oath as follows:

1.     That this Affidavit is executed by the affiant herein for the purpose of enabling her to obtain a Final Default Judgment against Tate & Kirlin Associates Inc. (hereinafter called "Defendant") for her damages, attorney fees and court costs.

2.     That I have resided at the current residence in Osceola County Florida from 2006 to the present time.

3.     I do not, nor have I ever owed any money or debt whatsoever to this defendant.

4.     I have never given expressed or implied consent to the Defendant to call my cell phone.

5.     I have never signed nor is there in existence any written agreement whatsoever between myself and the defendant that would create the debt that the defendant tried to collect from me in the three letters attached my complaint as exhibits A B and C. No such debt or agreement exists between this defendant and myself.

6.  I received three demand letters at my residence from the defendants which are attached to my complaint as exhibits A, B and C and which are incorporated by reference in this affidavit.

7.  I mailed a validation letter to the defendant on September 9, 2012 attempting to have the defendant validate the debt alleged in these three demand letters. A copy of this validation letter is attached to my Complaint as Exhibit D and incorporated herein by reference.

8.  I contacted the Florida financial regulation office to determine if Tate & Kirlin Associates Inc. was a registered debt collector in the state of Florida and found online in registration for this defendant which is attached to my Amended Application for Default as an exhibit. ( Doc 9)

9.  I never received any validation of the alleged debt from the defendant in response to my validation letter, and the Defendant continued collection efforts.

10. I have never received a written notice of assignment of the alleged debts listed in the three letters attached as Exhibits A, B and C to my Complaint.

11. This defendant has called me at least eight times on my cell phone, one of which was made at the time of 5:18 AM in the morning. This call came into my cell phone when as I was attending my mother's bedside in the hospital where she was being prepared to undergo major cancer surgery and greatly upset me. The defendant called me again that same morning about two hours later.

12. Defendant continued to call me seven additional times all on my cell phone. I have attached photos of the front of my cell phone depicting the caller ID, time and date of the calls and the photos are attached to my Complaint as composite Exhibit E that show calls to my cell phone for a total of eight times as follows:

    August 25, 2012
    August 28, 2012
    August 26, 2012
    August 30, 2012
    August 31, 2012 at 5:30 AM
    August 31, 2012 at 8:18 AM
    September 14, 2012

September 14, 2012.

13.  These calls to my cell phone would start with a robotic auto dialing machine and later a human would come on the line to demand that I pay this nonexistent debt.

14.  I have never given this defendant permission to call my cell phone number as stated above and never had a business relationship or applied for credit with defendant wherein any cell phone number would be listed.

15.  I am charged for telephone calls made to my cell phone.

16.  Defendant was told the number they were calling was a cell phone, not to call the cell phone and the Defendant ignored the Plaintiffs request on more than one occasion.

17.  I'm asking this court to award me civil statutory penalties in the amount of $500 for the first call and $1500 for each one of the seven subsequent willful calls made to my cell phone for a total of $11,500.

18.  Each call constitutes a separate and distinct cause of action under the FDCPA, FCCPA and the TCCPA.

19.  I am therefore asking this court to award me statutory damages as allowed by the Federal Debt Collection Practice Act and the Florida Consumer Credit Protection Act in the amount of $1000.00 for each of the eight separate and distinct violations of the FDCPA and the eight separate and distinct violations of the FCCPA, or a total of $16,000.00.

20.  During 2012 I checked my Trans Union and Experian credit report accounts and found that the defendant had made two hard credit inquiries into my credit reports, one on August 9, 2012- Trans Union- and one on August 21, 2012 – Experian- for total of two unauthorized credit report inquiries.

21.  Both Trans Union and Experian are credit reporting agencies.

22.  I have never authorized the defendant to make credit inquiries into my credit reports or had any business transaction with the defendant such as applying for credit, employment, insurance or otherwise that would allow the defendant to have a permissible purpose to make inquiries into my credit reports.

23.  I've never had any business relationship with the defendant nor have I ever applied to the defendant for credit, employment or insurance.

Case 6:13-cv-00331-RBD-DAB   Document 12   Filed 08/06/13   Page 4 of 4 PageID 68

24.    I am therefore asking the court to award me civil penalties in the amount of $2000 for these two unauthorized inquiries of my credit report.

25.    I employed J Marshall Gilmore as my attorney to represent me in this case and have agreed to and incurred reasonable attorney's fees for such representation which I request this Court toward me in any judgment against the defendant.

26.    I have also paid court costs and service of process and summons cost in this case and also asked this court to award me reimbursement for such court costs as are allowed by law.

_____ Affiant

Danielle Tacoronte, Plaintiff


Subscribed and sworn to under penalty of perjury before me this ⟨6⟩th day of August, 2013 by Danielle Tacoronte who showed the following identification: Florida driver's license.

(seal)

KALPESHKUMAR C. PATEL
MY COMMISSION # EE 009375
EXPIRES: August 14, 2014
Bonded Thru Budget Notary Services

_____

Notary Public