**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DANIELLE TACORONTE,**

      Plaintiff,

v.                                        **Case No. 6:13-cv-331-Orl-37DAB**

**TATE & KIRLIN ASSOCIATES, INC.**

      Defendant.

## MOTION FOR ENTRY OF SECOND JUDGMENT AWARDING ATTORNEY FEES

The Report and Recommendation of United States Magistrate Judge David A. Baker issued January 27, 2014 (Doc 22) recommended that the Court award $4,500.00 as attorney fees to J. Marshall Gilmore PA, Plaintiff's attorney in this matter. The Court already entered a judgment for Plaintiff for his damages on November 12, 2013 (Doc _16__). Plaintiff now requests this Court to enter a second judgment for Plaintiff's attorney fees for the amount recommended in the Magistrate's Report: $4,500.00.

WHEREFORE, Plaintiff requests the Court to enter a second judgment against the Defendant for the $4,500.00 attorney fees recommended by the Magistrate for which execution may proceed.

Dated: February 4, 2014                              Respectfully Submitted

                                                            ___*s/ J. Marshall Gilmore*____
                                                            J. Marshall Gilmore, FBN 840-181
                                                            Counsel for Plaintiff
                                                            1936 Lee Road, Suite 100
                                                           Winter Park, FL 32789
                                                           Phone 407 937-8675/ 321-599-9922
                                                           Fax    407 599-3801
                                                           mgilmore@mgilmorelaw.com

1